# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN CARLOS GOMEZ, *individually and on behalf of others similarly situated,* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONA LISA PIZZERIA, INC., *a New Jersey Corporation* and CHRISTOPHER COCCHI, *an individual,* )<br>)<br>Defendants. ) | CASE NO.: 2:22-CV-05146-EP-ESK<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** and agreed by the undersigned that the above-captioned action be and hereby is dismissed, with prejudice and without costs as to either party.

| | |
|---|---|
| **BASHIAN & PAPANTONIOU, P.C.**<br>*Attorneys for Plaintiff* | **REA & ASSOCIATES, LLC**<br>*Attorneys for Defendants* |
| By: /s/Erik M.Bashian<br>ERIK M. BAHIAN, ESQ. | By: /s/Jeffrey J. Rea<br>JEFFREY J. REA, ESQ. |
| Dated: December 28, 2022 | Dated: December 28, 2022 |

SO ORDERED

  s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 1/3/2023